## ADDITIONAL SUBJECT INFORMATION

Telephone Home: 
Telephone Work: 

Business Address: 

Scars, Marks, Tattoos: 

AKAs: 

Occupation: 
Clothing: 

### ADDITIONAL VEHICLE INFORMATION

Registered Owner: ☐ Same as driver

Stored at: 
Telephone: 

### LOCATION DESCRIPTION

| Region | Forest | District | State | County | Info. Retrieval Codes |
|--------|--------|----------|-------|--------|----------------------|
| 03 | 04 | 02 | AZ | 05 | 00; |

Incident Location Coordinate (Latitude/Longitude) (ddd:mm:ss/dddmm:ss)
35°: 114': 512" / -111°: 318": 115"

**Property (Whole Dollar Amount)**
Damage $ | Stolen $ | Recovered $

**Resource (Whole Dollar Amount)**
Damage $ | Stolen $ | Recovered $

**Timber/Other Forest Products (Volume)**
Contractual | Permit | Theft
Species | Product | Unit Measure

### INCIDENT TYPE

OCU

### CASE DISPOSITION

Case No: | Offense Code: | Court Level
| | | ☐ Federal Magistrate (M)
| | | ☐ State (S)
| | | ☐ Federal District (D)

Disposition:
☐ Guilty ☐ Dismissed ☐ Warrant ☐ Forfeiture
☐ Not Guilty ☐ Other ☐ Pending ☐ Diversion

Fine $ | Suspended Fine $ | Restitution $

Sentence (Days) | Suspended Sentence (Days) | Probation (Days)

Public Service (Hours) | Court Appearance Date (mm/dd/yyyy)

Warrant Number | Date Warrant Issued (mm/dd/yyyy)

Warrant Bond $ | Warrant Date of Service (mm/dd/yyyy) | New Case No.

22-04428-mj-01-PLT-CDB

---

## United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---------------|------------------|---------------------|-------------|
| A51 | F5356757 | WHITEHAIR | 1692 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 12/2/22 @/906 | 261.10B |

Place of Offense: Elden Look Out RD COF

Offense Description: Factual Basis for Charge   HAZMAT ☐
36 CFR 261.11B  Occupying and Residing
on National Forest w/o authorization

### DEFENDANT INFORMATION   Phone: (    )    -

| Last Name | First Name | M.I. |
|-----------|-----------|------|
| BOMA | NIKUT | |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|------|-------|----------|---------------------------|
| Flagstaff | AZ | 86001 | 1998 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|--------------------|-------|-----------|---------------------|
| | | AZ | -1137 |

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  Hair BLK  Eyes BLK  Height 5'9"  Weight 189

### VEHICLE   VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---------|-------|------|-----------|--------|-------|
| | | | | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ ___ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT →**
www.cvb.uscourts.gov
$ ___ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---------------|-------------------|
| 123 N. San Francisco Flagstaff AZ 86001 | |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*F5356757*

Previous edition is obsolete   FS-6300-4 (1/2021)



**USDA**
**Forest Service**

**STATEMENT OF PROBABLE CAUSE**

Page 1 of 1
Location: A51
**CASE NUMBER**
F5356757

I state than on December 2, 2022, while exercising my duties as a Law Enforcement Officer in the Federal District of Arizona, USDA Forest Service (FS) Law Enforcement Officer (LEO) ROBERT SHELTON and I, along with four (4) Coconino County Sheriff Office (CCSO) deputies responded to the area of Mount Elden Lookout Road (#557) on the Flagstaff Ranger District, Coconino National Forest (NF), for a report of a black male camping in a closed area. A reporting party stated the male was camping in the area since June or July. The area is closed to overnight camping by Coconino NF special order closure #03-04-22-02. At the campsite we announced were police presence and contacted a black male that came out of his tent displaying a knife, yelling "what are you doing on my property" and "I'm building a house here." The male was identified as NIKUT BOMA. The male refused to answer any questions and was identified by an empty pill bottle with his name, NIKUT BOMA, lying in his campsite. Thru a name search, we were able to get BOMA's previous booking photo and date of birth from CCSO and the photo matched BOMA. BOMA finally dropped the knife after numerous commands and was taken into custody for using National Forest Systems land for residential purposes without authorization. BOMA had been clearing an area, digging up large boulders and moving them to construct a wall. BOMA had also brought in two (2) large pieces of cubicle dividers into the forest, possibly for building a shelter. BOMA was advised that he can't live on the National Forest. There are posted "NO CAMPING/NO CAMPFIRES" signs in the area along Elden Lookout Road #557 and Rocky Ridge trail that BOMA uses to access his campsite. For residing on NFS Lands, NIKUT BOMA was taking into custody for 36 CFR 261.10B, constructing, reconstructing, improving, maintaining, occupying or using a residence on National Forest System lands unless authorized by a special-use authorization or approved operating plan when such authorization is required. A records check thru dispatch also showed NIKUT BOMA had an active warrant from Flagstaff City court.

The foregoing statement is based upon:

☒ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____December 3, 2022_____      _____
                          Date                                    Officer's Signature

                                        Phelan K. Whitehair #1692
                                   Officer's Printed Name and Badge Number

Probable cause has been stated for the issuance of a warrant.

Executed on: ____12/4/2022____      _____
                          Date                                    U.S. Magistrate Judge

ADDITIONAL SUBJECT INFORMATION

| Business Phone | | Telephone Work |
|---|---|---|
| Business Address | | |
| Sers. Marks, Tattoos | | |
| A.K.As | | |
| Occupation | Clothing | |

ADDITIONAL VEHICLE INFORMATION

| Registered Owner | ☐ Same as driver |
|---|---|
| Insured at | Telephone |

LOCATION DESCRIPTION

| Region | Forest | District | State | County | Info. Retrieval Codes |
|---|---|---|---|---|---|
| 03 | 04 | 02 | AZ | 05 | 00: |

Incident Location Coordinate (Latitude/Longitude) (ddd:mm:ss/ddd:mm:ss)

315°: 114': 512" / -111°: 318" : 115°

| Property (Whole Dollar Amount) | | |
|---|---|---|
| Damage $ | Stolen $ | Recovered $ |

| Resource (Whole Dollar Amount) | | |
|---|---|---|
| Damage $ | Stolen $ | Recovered $ |

| Timber/Other Forest Products (Volume) | | |
|---|---|---|
| Contracted | Permit | Theft |
| Species | Product | Unit Amount |

INCIDENT TYPE

OCU

CASE DISPOSITION

| Case No. | Offense Code | Court Level |
|---|---|---|
| | | ☐ Federal Magistrate (M) |
| | | ☐ State (S) |
| | | ☐ Federal District (D) |

| Disposition | | |
|---|---|---|
| ☐ Guilty | ☐ Dismissed | ☐ Warrant | ☐ Forfeiture |
| ☐ Not Guilty | ☐ Other | ☐ Pending | ☐ Diversion |

| Fine $ | Suspended Fine $ | Restitution $ |
|---|---|---|
| Sentence (Days) | Suspended Sentence (Days) | Probation (Days) |

| Public Service (Hours) | Court Appearance Date (mm/dd/yyyy) |
|---|---|
| Warrant Number | Date Warrant Issued (mm/dd/yyyy) |
| Warrant Bond $ | Warrant Date of Service (mm/dd/yyyy) | New Case No. |

---

## United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A51 | F5356758 | WHITENAR | 1692 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 12/2/22 @ 1906 | 261.58E |

Place of Offense

Elden Lookout Road                    COF

Offense Description: Factual Basis for Charge          HAZMAT ☐

36 CFR 261.58E   Illegal Camping

| DEFENDANT INFORMATION | Phone: (    ) |
|---|---|
| Last Name BOMA | First Name NIKUT | M.I. |
| Street Address | |
| City Flagstaff | State AZ | Zip Code 86001 | Date of Birth (mm/dd/yyyy) 1/1993 |
| Drivers License No. | ☐A ☐ | D.L. State AZ | Social Security No. 1137 |
| ☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair BLK | Eyes BLK | Height 5'9" | Weight 189 |

| VEHICLE | VIN: | | | | | CMV ☐ |
|---|---|---|---|---|---|---|
| Tag No. | State | Year | Make/Model | PASS ☐ | Color |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

| | $ | Forfeiture Amount |
|---|---|---|
| | | + $30 Processing Fee |
| PAY THIS AMOUNT AT → www.cvb.uscourts.gov | $ | Total Collateral Due |

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N. San Fransico Flagstaff AZ 8001 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original : CVB Copy

Previous edition is obsolete

*F5356758*        FS-5300-4 (1/2021)



**USDA Forest Service**

**STATEMENT OF PROBABLE CAUSE**

Page 1 of 1
Location: A51
**CASE NUMBER**
F5356758

I state than on December 2, 2022, while exercising my duties as a Law Enforcement Officer in the Federal District of Arizona, USDA Forest Service (FS) Law Enforcement Officer (LEO) ROBERT SHELTON and I, along with four (4) Coconino County Sheriff Office (CCSO) deputies responded to the area of Mount Elden Lookout Road (#557) on the Flagstaff Ranger District, Coconino National Forest (NF), for a report of a black male camping in a closed area. A reporting party stated the male was camping in the area since June or July. The area is closed to overnight camping by Coconino NF special order closure #03-04-22-02. At the campsite we announced were police presence and contacted a black male that came out of his tent displaying a knife, yelling "what are you doing on my property" and "I'm building a house here." The male was identified as NIKUT BOMA. The male refused to answer any questions and was identified by an empty pill bottle with his name, NIKUT BOMA, lying in his campsite. Thru a name search, we were able to get BOMA's previous booking photo and date of birth from CCSO and the photo matched BOMA. BOMA finally dropped the knife after numerous commands and was taken into custody for using National Forest Systems land for residential purposes without authorization. BOMA had been clearing an area, digging up large boulders and moving them to construct a wall. BOMA had also brought in two (2) large pieces of cubicle dividers into the forest, possibly for building a shelter. BOMA was advised that he can't live on the National Forest. There are posted "NO CAMPING/NO CAMPFIRES" signs in the area along Elden Lookout Road #557 and Rocky Ridge trail that BOMA uses to access his campsite. For overnight camping in a posted prohibited camping area, NIKUT BOMA was taking into custody for 36 CFR 261.58E, overnight camping in a closed area per Coconino NF special order #03-04-22-02. A records check thru dispatch also showed NIKUT BOMA had an active warrant from Flagstaff City court.

The foregoing statement is based upon:

☒ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____December 3, 2022____ _____
Date                         Officer's Signature

Phelan K. Whitehair #1692
Officer's Printed Name and Badge Number

Probable cause has been stated for the issuance of a warrant.

Executed on: __12/4/2022__ _____
Date                         U.S. Magistrate Judge

## ADDITIONAL SUBJECT INFORMATION

Telephone Home | Telephone Work

Business Address

Scars, Marks, Tattoos

AKAs

Occupation | Clothing

### ADDITIONAL VEHICLE INFORMATION

Registered Owner | ☐ Same as driver

Stored at | Telephone

### LOCATION DESCRIPTION

| Region | Forest | District | State | County | Info. Retrieval Codes |
|---|---|---|---|---|---|
| 03 | 04 | 02 | AZ | or | 00 |

Incident Location Coordinate (Latitude/Longitude) (ddd:mm:ss/ddd:mm:ss)

315° : 14 : 52 / 1111° : 38 : 15

**Property (Whole Dollar Amount)**

Damage $ | Stolen $ | Recovered $

**Resource (Whole Dollar Amount)**

Damage $ | Stolen $ | Recovered $

**Timber/Other Forest Products (Volume)**

Contractual | Permit | Theft

Species | Product | Unit Measure

### INCIDENT TYPE

FIR

### CASE DISPOSITION

Case No. | Offense Code | Court Level
☐ Federal Magistrate (M)
☐ State (S)
☐ Federal District (D)

Disposition
☐ Guilty ☐ Dismissed ☐ Warrant ☐ Forfeiture
☐ Not Guilty ☐ Other ☐ Pending ☐ Diversion

Fine $ | Suspended Fine $ | Restitution $

Sentence (Days) | Suspended Sentence (Days) | Probation (Days)

Public Service (Hours) | Court Appearance Date (mm/dd/yyyy)

Warrant Number | Date Warrant Issued (mm/dd/yyyy)

Warrant Bond $ | Warrant Date of Service (mm/dd/yyyy) | New Case No.

---

## United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A51 | F5356759 | WHITEHAIR | 1122 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code

12/2/22 @ 1906 | 261.52A

Place of Offense

Elden Lookout Road CoF

Offense Description: Factual Basis for Charge | HAZMAT ☐

36 CFR 261.52 A Building, maintaining, and attending a fire when prohibited

### DEFENDANT INFORMATION    Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| BOMA | NIKUT | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Flagstaff | AZ | 86001 | /1993 |

Drivers License No. | CDL ☐ | D.L. State | Social Security No.
AZ | 1137

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair BRN | Eyes BLK | Height 5'9" | Weight 179

VEHICLE   VIN:

Tag No. | State | Year | Make/Model | PASS ☐ | Color | CMV ☐

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT → $ _____ Total Collateral Due
www.cvb.uscourts.gov

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date (mm/dd/yyyy)

123 N. San Fransico | Time

Flagstaff AZ 8001

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

Previous edition is obsolete

*F5356759*   FS-5300-4 (1/2021)



**USDA**  **STATEMENT OF PROBABLE CAUSE**
**Forest Service**

Page 1 of 1
Location: A51
**CASE NUMBER**
F5356759

I state than on December 2, 2022, while exercising my duties as a Law Enforcement Officer in the Federal District of Arizona, USDA Forest Service (FS) Law Enforcement Officer (LEO) ROBERT SHELTON and I, along with four (4) Coconino County Sheriff Office (CCSO) deputies responded to the area of Mount Elden Lookout Road (#557) on the Flagstaff Ranger District, Coconino National Forest (NF), for a report of a black male camping in a closed area. A reporting party stated the male was camping in the area since June or July. The area is closed to overnight camping by Coconino NF special order closure #03-04-22-02. At the campsite we announced were police presence and contacted a black male that came out of his tent displaying a knife, yelling "what are you doing on my property" and "I'm building a house here." The male was identified as NIKUT BOMA. The male refused to answer any questions and was identified by an empty pill bottle with his name, NIKUT BOMA, lying in his campsite. Thru a name search, we were able to get BOMA's previous booking photo and date of birth from CCSO and the photo matched BOMA. BOMA finally dropped the knife after numerous commands and was taken into custody for using National Forest Systems land for residential purposes without authorization. BOMA had been clearing an area, digging up large boulders and moving them to construct a wall. BOMA had also brought in two (2) large pieces of cubicle dividers into the forest, possibly for building a shelter. While hiking into BOMA's campsite, I smelled and observed a hot smoldering fire at the base of a large boulder with a pot on the hot coals. There are posted "NO CAMPING/NO CAMPFIRES" signs in the area along Elden Lookout Road #557 and Rocky Ridge trail that BOMA uses to access his campsite. While escorting BOMA down the hill to the patrol vehicles, BOMA yelled back to the other officers to take his pot off the fire. LEO SHELTON did remain behind to extinguish BOMA's campfire. For having an illegal campfire in a posted prohibited campfire area, NIKUT BOMA was taking into custody for 36 CFR 261.52A, building, maintaining, attending or using a fire, campfire or stove fire when prohibited, per Coconino NF special order #03-04-22-02. A records check thru dispatch also showed NIKUT BOMA had an active warrant from Flagstaff City court.

The foregoing statement is based upon:

☒ my personal observation      ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ___December 3, 2022___    _____
                        Date                        Officer's Signature

                                        Phelan K. Whitehair #1692
                                        Officer's Printed Name and Badge Number

Probable cause has been stated for the issuance of a warrant

Executed on: ___12/4/2022___    _____
                        Date                        U.S. Magistrate Judge

## ADDITIONAL SUBJECT INFORMATION

| Telephone Home | | Telephone Work | |
|---|---|---|---|
| Business Address | | | |
| Scars, Marks, Tattoos | | | |
| AKAs | | | |
| Occupation | | Clothing | |

## ADDITIONAL VEHICLE INFORMATION

| Registered Owner | | ☐ Same as driver |
|---|---|---|
| Stored at | | Telephone |

## LOCATION DESCRIPTION

| Region | Forest | District | State | County | Info. Retrieval Codes |
|---|---|---|---|---|---|
| 03 | 04 | 02 | AZ | 05 | 09 |

Incident Location Coordinates (Latitude/Longitude) (ddd:mm:ss/ddd:mm:ss)

35 : 14 : 512 / -111 : 318 : 15

### Property (Whole Dollar Amount)

| Damage $ | Stolen $ | Recovered $ |
|---|---|---|

### Resource (Whole Dollar Amount)

| Damage $ | Stolen $ | Recovered $ |
|---|---|---|

### Timber/Other Forest Products (Volume)

| Contractual | Permit | Theft |
|---|---|---|
| Species | Product | Unit Measure |

## INCIDENT TYPE

SAN

## CASE DISPOSITION

| Case No. | Offense Code | Court Level |
|---|---|---|
| | | ☐ Federal Magistrate (M) |
| | | ☐ State (S) |
| | | ☐ Federal District (D) |

Disposition
☐ Guilty ☐ Dismissed ☐ Warrant ☐ Forfeiture
☐ Not Guilty ☐ Other ☐ Pending ☐ Diversion

| Fine $ | Suspended Fine $ | Restitution $ |
|---|---|---|
| Sentence (Days) | Suspended Sentence (Days) | Probation (Days) |
| Public Service (Hours) | | Court Appearance Date (mm/dd/yyyy) |
| Warrant Number | | Date Warrant Issued (mm/dd/yyyy) |
| Warrant Bond $ | Warrant Date of Service (mm/dd/yyyy) | New Case No. |

---

## United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A57 | F5356760 | WHITEHAIR | 1692 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐ State Code |
|---|---|
| 12/2/22 @ 1906 | 261.11B |

Place of Offense
Elden Lookout Road          CoF

Offense Description: Factual Basis for Charge          HAZMAT ☐
36 CFR 261.11B possessing or leaving litter

### DEFENDANT INFORMATION          Phone: (    )    -

| Last Name | First Name | M.I. |
|---|---|---|
| BOMA | NIKUT | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Flagstaff | AZ | 86001 | 1993 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | 137 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BLK   Eyes BLK   Height 5'9"   Weight 189

| VEHICLE | VIN: | | | | CMV ☐ |
|---|---|---|---|---|---|
| Tag No. | State | Year | Make/Model | PASS ☐ | Color |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ |
| | Forfeiture Amount |
| | + $30   Processing Fee |
| PAY THIS AMOUNT AT → www.cvb.uscourts.gov | $   Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N. San Fransico Flegstaff AZ 86001 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy.

Previous edition is obsolete          *F5356760*          F9-6300-4 (1/2021)



**USDA**
**Forest Service**

**STATEMENT OF PROBABLE CAUSE**

Page 1 of 1
Location: A51
**CASE NUMBER**
F5356760

I state than on December 2, 2022, while exercising my duties as a Law Enforcement Officer in the Federal District of Arizona, USDA Forest Service (FS) Law Enforcement Officer (LEO) ROBERT SHELTON and I, along with four (4) Coconino County Sheriff Office (CCSO) deputies responded to the area of Mount Elden Lookout Road (#557) on the Flagstaff Ranger District, Coconino National Forest (NF), for a report of a black male camping in a closed area. A reporting party stated the male was camping in the area since June or July. The area is closed to overnight camping by Coconino NF special order closure #03-04-22-02. At the campsite we announced were police presence and contacted a black male that came out of his tent displaying a knife, yelling "what are you doing on my property" and "I'm building a house here." The male was identified as NIKUT BOMA. The male refused to answer any questions and was identified by an empty pill bottle with his name, NIKUT BOMA, lying in his campsite. Thru a name search, we were able to get BOMA's previous booking photo and date of birth from CCSO and the photo matched BOMA. BOMA finally dropped the knife after numerous commands and was taken into custody for using National Forest Systems land for residential purposes without authorization. BOMA had been clearing an area, digging up large boulders and moving them to construct a wall. BOMA had also brought in two (2) large pieces of cubicle dividers into the forest, possibly for building a shelter. While hiking into BOMA's campsite, I smelled and observed a hot smoldering fire at the base of a large boulder with a pot on the hot coals. At BOMA's campsite, I also observed litter such as empty food and beverage containers scattered about the campsite in an exposed unsanitary condition with no effort being done to contain the litter in a garbage bag/container. There are posted "NO CAMPING/NO CAMPFIRES" signs in the area along Elden Lookout Road #557 and Rocky Ridge trail that BOMA uses to access his campsite. For possessing litter in his campsite, NIKUT BOMA was taking into custody for 36 CFR 261.11B, possessing or leaving refuse, debris or litter in an exposed or unsanitary condition. A records check thru dispatch also showed NIKUT BOMA had an active warrant from Flagstaff City court.

The foregoing statement is based upon:

☒ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____December 3, 2022_____   _Officer's Signature_
                       Date

                       Phelan K. Whitehair #1692
                       Officer's Printed Name and Badge Number

Probable cause has been stated for the issuance of a warrant.

Executed on: __12/4/2022__   _____
                    Date                    U.S. Magistrate Judge

## United States District Court
## Violation Notice

(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FBEA00QY | Shelton | 2234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐CFR ☐USC ☐State Code |
|---|---|---|
| 12/02/2022   19:06 | FED   36CFR   261.9A | |

Place of Offense

ELDEN LOOKOUT RD / NFSR 557

Offense Description: Factual Basis for Charge     HAZMAT ☐

DAMAGING ANY NATURAL FEATURE OR OTHER PROPERTY OF THE UNITED STATES

### DEFENDANT INFORMATION     Phone: (     )

| Last Name | First Name | M.I. |
|---|---|---|
| BOMA | NIKUT | |

Street Address

₹Y

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86001 | /1993 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | |

☒Adult ☐Juvenile   Sex ☒ Male ☐ Female   Hair BLK   Eyes BLK   Height 5 ' 9 "   Weight 189

### VEHICLE     VIN:     CMV☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

APPEARANCE IS REQUIRED     APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount

$30.00     Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov** →     **Total Collateral Due**

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court - Flagstaff, AZ (928) 744-2566 | |
| 123 N. San Francisco Street, Ste 200 Flagstaff, AZ | Time (hh:mm) 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on   December 2, 2022   while exercising my duties as a law enforcement officer in the   Arizona   District of   AZ

Pursuant to 16USC 551: On 12/02/2022 at approximately 1700 hours, LEO Phelan Whitehair, four Coconino County Sheriff's Deputies and I responded to a report of a black male subject residing in an area closed to camping along National Forest System Road 557 / Elden Lookout Tower Road on the Flagstaff Ranger District, Coconino National Forest, Coconino County, AZ. On 11/27/2022, LEO Whitehair and LEO Ramsey Thompson located an empty Rx bottle with Nikut BOMA on the label in a campsite about 100 yards uphill northwest of NFSR 577 near the Arizona Trail. A records check indicated Nikut Boma had an outstanding state arrest warrant out of Flagstaff City Court. On 12/02/2022 at 1906 hours, LEO Whitehair, CCSO Deputies and I arrested Nikut Boma for a state warrant and federal violations; camping in a closed area, illegal campfire, littering, and residing on NFS lands at BOMA's campsite along NFSR 557. During the initial contact and arrest of BOMA, I smelled the odor of marijuana coming from BOMA's tent. I observed exposed human feces, refuse and trash on the ground such as empty plastic and glass bottles, paper, rotten food, plastic bags and soiled clothing. I observed damaged natural features throughout BOMA's campsite such as several limbs cut off a live Pinyon pine and holes dug into the ground with several rocks overturned. After placing BOMA in custody, I read Miranda rights and asked BOMA if he understood his rights. BOMA stated "yes". I asked BOMA what his plans were and where he was staying. BOMA stated " I'm building a home right there. There's no reason why you should be here. I'm building a home right here. Look at the amount of stuff that I brought up here. Look at the amount of people that you brought up here. There's a reason for it. I don't need to speak to you, I'll speak to the lawyer, and I'll speak to the judge." LEO Whitehair transported BOMA to the Flagstaff jail. CCSO Deputy Peery and I conducted a probable cause search of BOMA's tent and bags at his campsite for controlled substance marijuana. I located green leafy marijuana substance located in several Ziploc type bags, and plastic containers labeled as marijuana products. On 12/03/2022 at approximately 1750 hours, LEO Whitehair and I hiked back to BOMA's camp and took several photographs of the resource damages, rock and vegetation man made constructs, three large office cubical divider walls, trash, litter, and exposed human feces. On 12/05/2022, as a certified marijuana field tester I conducted a Duquenois–Levine reagent field test of the green leafy marijuana and received positive results for marijuana containing THC. On 12/05/2022, while Nikut BOMA was in custody at the Flagstaff Federal Court house, I issued him a violation notice for:

36 CFR 261.9(a) - DAMAGING ANY NATURAL FEATURE OR OTHER PROPERTY OF THE UNITED STATES

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   12/02/2022     R. Shelton
                Date (mm/dd/yyyy)     Officer's Signature

☑ Probable cause has been stated for the issuance of a warrant.

Executed on:   12/5/22
                Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;     **CMV** = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FBEA00QZ | Shelton | 2234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | | Offense Charged ☐CFR ☐USC ☐State Code | |
|---|---|---|---|
| 12/02/2022 | 19:06 | FED   21USC   844 | |

Place of Offense

ELDEN LOOKOUT RD / NFSR 557

Offense Description: Factual Basis for Charge                    HAZMAT ☐

POSSESSION OF A CONTROLLED SUBSTANCE (MARIJUANA)

### DEFENDANT INFORMATION       Phone: (        )

| Last Name | First Name | M.I. |
|---|---|---|
| BOMA | NIKUT | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86001 | 1993 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | ·137 |

| ☒Adult ☐Juvenile | Sex ☒ Male ☐ Female | Hair BLK | Eyes BLK | Height 5 ' 9 " | Weight 189 |

### VEHICLE       VIN:                                      CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

Forfeiture Amount

$30.00       Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov** →       **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court - Flagstaff, AZ (928) 744-2566 | |
| 123 N. San Francisco Street, Ste 200 Flagstaff, AZ | Time (hh:mm) 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  December 2, 2022  while exercising my duties as a law enforcement officer in the          Arizona          District of          AZ

Pursuant to 16USC 551: On 12/02/2022 at approximately 1700 hours, LEO Phelan Whitehair, four Coconino County Sheriff's Deputies and I responded to a report of a black male subject residing in an area closed to camping along National Forest System Road 557 / Elden Lookout Tower Road on the Flagstaff Ranger District, Coconino National Forest, Coconino County, AZ. On 11/27/2022, LEO Whitehair and LEO Ramsey Thompson located an empty Rx bottle with Nikut BOMA on the label in a campsite about 100 yards uphill northwest of NFSR 577 near the Arizona Trail. A records check indicated Nikut Boma had an outstanding state arrest warrant out of Flagstaff City Court. On 12/02/2022 at 1906 hours, LEO Whitehair, CCSO Deputies and I arrested Nikut Boma for a state warrant and federal violations; camping in a closed area, illegal campfire, littering, and residing on NFS lands at BOMA's campsite along NFSR 557. During the initial contact and arrest of BOMA, I smelled the odor of marijuana coming from BOMA's tent. I observed exposed human feces, refuse and trash on the ground such as empty plastic and glass bottles, paper, rotten food, plastic bags and soiled clothing. I observed damaged natural features throughout BOMA's campsite such as several limbs cut off a live Pinyon pine and holes dug into the ground with several rocks overturned. After placing BOMA in custody, I read Miranda rights and asked BOMA if he understood his rights. BOMA stated "yes". I asked BOMA what his plans were and where he was staying. BOMA stated " I'm building a home right there. There's no reason why you should be here. I'm building a home right here. Look at the amount of stuff that I brought up here. Look at the amount of people that you brought up here. There's a reason for it. I don't need to speak to you, I'll speak to the lawyer, and I'll speak to the judge." LEO Whitehair transported BOMA to the Flagstaff jail. CCSO Deputy Peery and I conducted a probable cause search of BOMA's tent and bags at his campsite for controlled substance marijuana. I located green leafy marijuana substance located in several Ziploc type bags, and plastic containers labeled as marijuana products. On 12/03/2022 at approximately 1750 hours, LEO Whitehair and I hiked back to BOMA's camp and took several photographs of the resource damages, rock and vegetation man made constructs, three large office cubical divider walls, trash, litter, and exposed human feces. On 12/05/2022, as a certified marijuana field tester I conducted a Duquenois–Levine reagent field test of the green leafy marijuana and received positive results for marijuana containing THC. On 12/05/2022, while Nikut BOMA was in custody at the Flagstaff Federal Court house, I issued him a violation notice for:

21 USC 844.A – POSSESSION OF A CONTROLLED SUBSTANCE (Marijuana)

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  12/02/2022          R. Shelton

           Date (mm/dd/yyyy)          Officer's Signature

☑ Probable cause has been stated for the issuance of a warrant.

Executed on:  12/5/2022          _____

           Date (mm/dd/yyyy)          U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;          **CMV** = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FBEA00R0 | Shelton | 2234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐CFR ☐USC ☐State Code |
|---|---|
| 12/02/2022     19:06 | FED   36CFR   261.3A |

Place of Offense

ELDEN LOOKOUT RD / NFSR 557

Offense Description: Factual Basis for Charge                    HAZMAT ☐

THREATENING, RESISTING, INTIMIDATING, OR INTERFERING WITH ANY FOREST
OFFICER ENGAGED IN OR ON ACCOUNT OF THE PERFORMANCE OF HIS OFFICIAL
DUTIES

### DEFENDANT INFORMATION   Phone: (        )

| Last Name | First Name | M.I. |
|---|---|---|
| BOMA | NIKUT | |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| FLAGSTAFF | AZ | 86001 | 1993 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | |

☒Adult ☐Juvenile  Sex  ☒ Male  ☐ Female | Hair BLK | Eyes BLK | Height 5 ' 9 " | Weight 189

### VEHICLE   VIN:                                          CMV☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| | APPEARANCE IS REQUIRED | | APPEARANCE IS OPTIONAL |
|---|---|---|---|
| A | ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ | If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

| | Forfeiture Amount |
|---|---|
| | $30.00   Processing Fee |

PAY THIS AMOUNT AT
www.cvb.uscourts.gov    →

| | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yy)\ |
|---|---|
| U.S. District Court - Flagstaff, AZ (928) 744-2566 | |
| 123 N. San Francisco Street, Ste 200 Flagstaff, AZ | Time (hh:mm) 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.
I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the
total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 2, 2022   while exercising my duties as a law enforcement

officer in the         Arizona         District of       AZ

Pursuant to 16USC 551: On 12/02/2022 at approximately 1700 hours, LEO Phelan Whitehair, four Coconino County Sheriff's Deputies and I responded to a report of a black male subject residing in an area closed to camping along National Forest System Road 557 / Elden Lookout Tower Road on the Flagstaff Ranger District, Coconino National Forest, Coconino County, AZ. On 11/27/2022, LEO Whitehair and LEO Ramsey Thompson located an empty Rx bottle with Nikut BOMA on the label in a campsite about 100 yards uphill northwest of NFSR 577 near the Arizona Trail. A records check indicated Nikut Boma had an outstanding state arrest warrant out of Flagstaff City Court. On 12/02/2022 at 1906 hours, LEO Whitehair, CCSO Deputies and I arrested Nikut Boma for a state warrant and federal violations; camping in a closed area, illegal campfire, littering, and residing on NFS lands at BOMA's campsite along NFSR 557. During the initial contact and arrest of BOMA, he pulled a red multitool knife out of his pocket and held it up in the air with the blade out. CCSO Deputy Sgt. Jamison was about 3 feet from BOMA who pointed his duty gun at BOMA and gave him commands to drop the knife. BOMA seemed to ignore Sgt. Jamison's commands initially then dropped the knife into his tent. I smelled the odor of marijuana coming from BOMA's tent. After placing BOMA in custody, I read Miranda rights and asked BOMA if he understood his rights. BOMA stated "yea". I asked BOMA what his plans were and where he was staying. BOMA stated " I'm building a home right there. There's no reason why you should be here. I'm building a home right here. Look at the amount of stuff that I brought up here. Look at the amount of people that you brought up here. There's a reason for it. I don't need to speak to you, I'll speak to the lawyer, and I'll speak to the judge." LEO Whitehair transported BOMA to the Coconino County jail Flagstaff Facility. During the booking procedures which included getting medical clearance for incarceration from doctors at Flagstaff Medical Center (FMC), BOMA made threatening and offensive comments towards LEO Whitehair and Flagstaff Medical Center healthcare personnel including nurses and FMC security officers. While at the county jail, in the booking area prior to transporting BOMA to FMC for medical clearance, BOMA staired at LEO Whitehair and yelled "I'm will hurt you if you try to fucking touch me like that!". BOMA used profane offensive words throughout the booking and medical clearance process. On 12/05/2022, while Nikut BOMA was in custody at the Flagstaff Federal Court house, I issued him a violation notice for:

36 CFR 261.3(a) - THREATENING, RESISTING, INTIMIDATING, OR INTERFERING WITH ANY FOREST OFFICER ENGAGED IN OR ON ACCOUNT OF THE PERFORMANCE OF HIS OFFICIAL DUTIES IN THE PROTECTION, IMPROVEMENT, OR ADMINISTRATION OF THE NATIONAL FOREST SYSTE

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:   12/02/2022                R. Shelton
                Date (mm/dd/yyyy)        Officer's Signature

☑ Probable cause has been stated for the issuance of a warrant.

Executed on:   12/5/2022
                Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident